IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| EMPOWER TEXANS, INC., BRANDON C. WALTENS, AND DESTIN R. SENSKY, PLAINTIFFS, <br><br> V. <br><br> CHARLIE L. GEREN, IN HIS OFFICIAL CAPACITY AS CHAIRMAN OF THE COMMITTEE ON HOUSE ADMINISTRATION OF THE TEXAS HOUSE OF REPRESENTATIVES, DEFENDANT. | CAUSE NO. 1:19-CV-422-LY |

### FINAL JUDGMENT

Before the court is the above-styled and numbered cause. On this date, the court rendered an order dismissing this cause with prejudice. As nothing remains to resolve, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that Defendant Charlie L. Geren in his official capacity as Chairman of the Committee on House Administration of the Texas House of Representatives recover his costs of court from Plaintiffs Empower Texans, Inc., Brandon C. Waltens, and Destin R. Sensky.

**IT IS FURTHER ORDERED** that the case is hereby **CLOSED**.

SIGNED this 23rd day of May, 2019.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE