## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| EMPOWER TEXANS, INC., Brandon C. Waltens, and Destin R. Sensky, <br> Plaintiffs, <br><br> v. <br><br> Charlie L. GEREN, in His Official Capacity as Chairman of the Committee on House Administration of the Texas House of Representatives, <br> Defendant. | CASE NO. 1:19-CV-422-LY <br><br> **NOTICE OF APPEAL** |

Notice is hereby given that Empower Texans, Inc., Brandon C. Waltens, and Destin R. Sensky, Plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Memorandum Opinion and Order Granting Motion to Dismiss and the Final Judgment entered in this action on the 23rd day of May, 2019.

Respectfully submitted this 21st day of June 2019,

By: __/s/ Tony K. McDonald_____
Tony K. McDonald
Texas Bar No. 24083477
tony@tonymcdonald.com

The Law Offices of Tony McDonald
807 Brazos Street, Suite 902
Austin, Texas 78701
Tel: (512) 200-3608
Fax: (815) 550-1292

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on June 21, 2019, I electronically submitted the forgoing document with the Clerk of the Court for the U.S. District Court for the Western District of Texas, using the CM/ECF system of the Court. The electronic case filing system sent "Notice of Electronic Filing" to individuals who have consented in writing to accept this notice of service by electronic means. I also certify that I sent a copy of this document to counsel for Defendant by electronic mail:

>Christopher Hilton
>Carl Myers
>Office of the Attorney General of Texas
>300 W. 15th Street
>Austin, TX 78701
>Christopher.Hilton@oag.texas.gov
>Carl.Myers@oag.texas.gov

June 21, 2019

>/s/ Tony K McDonald
>Tony K McDonald
>*Counsel for Plaintiff*